IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-427-FDW-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| XEROX STATE HEALTHCARE, LLC, | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) filed by Tamara A. Okoli and L. Kristin King, concerning Jessica L. Marrero on December 15, 2015. Ms. Jessica L. Marrero seeks to appear as counsel *pro hac vice* for Defendant Xerox State Healthcare, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) is **GRANTED.** Ms. Jessica L. Marrero is hereby admitted *pro hac vice* to represent Defendant Xerox State Healthcare, LLC.

**SO ORDERED**.

Signed: December 16, 2015

David C. Keesler
United States Magistrate Judge